UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROLYN E. O'CONNOR,             )
                                 )
             Plaintiff,          )
                                 )      Civ. No. 19-3642 (UNA)
                                 )
GOVERNMENT OF THE DISTRICT       )
OF COLUMBIA, *et al.*,           )
                                 )
             Defendants.         )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. For the reasons stated below, the Court grants the application and dismisses the complaint.

The complaint describes plaintiff's experiences during six visits to offices of the District of Columbia Department of Human Services and telephone calls to its customer service line regarding SNAP benefits. According to the plaintiff, agency staff rendered dissatisfactory services, provided incorrect or conflicting information, and gave insufficient attention to her concerns. She raises tort claims against the defendants for which she demands compensatory and punitive damages.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. Plaintiff makes only conclusory allegations of discrimination based on her age, sex or race, and without adequate factual support for such claims, *see Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), the complaint raises no claim under federal law, without which plaintiff fails to demonstrate federal question jurisdiction.

In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. §

1332(a). Even though plaintiff's demand for damages exceeds the $75,000 threshold, the parties are all citizens of the District of Columbia. Therefore, plaintiff fails to establish diversity jurisdiction.

The Court will dismiss the complaint without prejudice for lack of subject matter jurisdiction. An Order is issued separately.

DATE: March 10, 2020

TREVOR N. McFADDEN
United States District Judge